IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | Case No. DNCW1:10CR03 |
| vs. | ) | (Financial Litigation Unit) |
| | ) | |
| HERBERT GEORGE MOORE. | ) | |

**WRIT OF EXECUTION**

TO THE UNITED STATES MARSHAL
and WOODFOREST NATIONAL BANK:

A judgment was entered on January 27, 2011, in the United States District Court for the Western District of North Carolina, in favor of the United States of America and against the defendant, Herbert George Moore, whose last known address is XXXXXXXXX, Blacksburg, South Carolina 29702, in the sum of $1,189.83. The balance on the account as of April 26, 2011, is $1,189.83.

THEREFORE, YOU ARE HEREBY COMMANDED to levy and/or execute on property and Woodforest National Bank is commanded to **turn over property** in which the defendant, Herbert George Moore, has a substantial nonexempt interest, the said property being funds located in Woodforest National Bank accounts including, but not limited to, any checking accounts, savings accounts, and individual retirement accounts (IRA) held in the name of Herbert George Moore, at the following address: Woodforest National Bank, 25231 Grogans Mill Road, The Woodlands, Texas 77380, Attention: Legal Department.

Signed: May 4, 2011

_Frank G. Johns_
Frank G. Johns, Clerk
United States District Court